IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

vs.                                    CIVIL ACTION NO. 5:98CV33BRS

Donna S. Hedgepeth                                          DEFENDANT

E. L. Brunini & Gordon Grantham
T/A Brunini Grantham, Grower & Hews
Post Office Box 119
Jackson, MS 39205                                           GARNISHEE

### ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant has paid the amount demanded in the Complaint filed herein in full;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on February 15, 2008, be and it is hereby quashed, and the garnishee, E. L. Brunini & Gordon Grantham, is hereby dismissed.

ORDERED AND ADJUDGED this 3rd day of MARCH, 2008.

DAVID BRAMLETTE III
UNITED STATES SENIOR DISTRICT JUDGE